UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Mendez,**

                                        Plaintiffs,

                    -against-

**Katonah Station, LTD.,**

                                        Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 3/26/2026 _

**ORDER RE STATUS CONFERENCE**

*7:25-cv-10792 NSR-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

       A Status Conference (via telephone) is hereby scheduled for **May 28, 2026  at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting**

**ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties

should be prepared to discuss the following:

       (1) a brief summary of claims, defenses, and relevant issues;
       (2) the basis of subject matter jurisdiction;
       (3) the subjects on which discovery may be needed;
       (4) any anticipated discovery disputes or sought-after limitations on discovery;
       (5) any plans for electronic discovery and ESI protocols;
       (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
       (7) any anticipated motions; and
       (8) the prospects and timing for early settlement or resolution.

       **SO ORDERED.**

DATED:      White Plains, New York
            March 26, 2026

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge