USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS MENDEZ,

Plaintiff,

-against-

KATONAH STATION, LTD, and TATJANA NOVAKOVIC,

Defendants.

No. 25-CV-10792 (NSR) (VR)

**SCHEDULING ORDER**

NELSON S. ROMÁN, United States District Judge:

In light of the extension of certain discovery deadlines, the Court ADJOURNS the Case Management Conference scheduled for October 1, 2026. On January 7, 2027, the parties are directed to submit a joint status report advising the Court whether discovery has been completed and whether either party intends to file a dispositive motion.

SO ORDERED,

Dated: September 28, 2026
White Plains, NY

______________________________
Nelson S. Román, U.S.D.J.